IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Billy Lee Lisenby, Jr. #200273 aka Malik Al-Shabazz, | ) | C/A No.  5:09-cv-00410-DCN-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Order |
| | ) | |
| Chief of Police Randall Lear, Sgt. Kenneth Lear, PFC Jeff D. Outlaw, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion to reconsider this Court's order, dated October 22, 2012, that denied Plaintiff's Motion to Appoint Counsel, ECF No. 45, and Plaintiff's Motion for Copies, ECF No. 46.  Plaintiff Billy Lee Lisenby, Jr. is a state prisoner who brought this civil rights action pro se pursuant to 42 U.S.C. § 1983.  Plaintiff asks that the court reconsider its Order and "allow Plaintiff to make payments to the courts out of his account to pay for everything in his file."  ECF No. 60.  Plaintiff also argues that "both parts of the order should be reconsidered and granted because the Defendants did not oppose meaning they had no problem with it, and it will be prejudice towards Plaintiff to deny him counsel at this stage."  *Id.*  The court has reviewed Plaintiff's arguments in support of his Motion to Reconsider and finds that these arguments do not warrant any adjustment to the Court's prior ruling.  Plaintiff's Motion for Reconsideration, ECF No. 60, is hereby denied.

      IT IS SO ORDERED.

December 14, 2012                                              Kaymani D. West
Florence, South Carolina                              United States Magistrate Judge